1  Joseph H. Harrington
2  Acting United States Attorney
3  Eastern District of Washington
   Richard C. Burson
4  Assistant United States Attorney
5  402 E. Yakima Ave., Ste. 210
6  Yakima, WA 98901-2760
7  Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:21-CR-2019-SAB |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g)(5), 924(a)(2) |
| ISRAEL MENDOZA SALAS, | Alien in Possession of Firearm |
| Defendant. | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), Forfeiture Allegations |

The Grand Jury charges:

On or about February 9, 2021, in the Eastern District of Washington, the Defendant, ISRAEL MENDOZA SALAS, knowing of his status as an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce a firearm, to wit: a Remington model 783 270-Winchester rifle bearing serial number RA72596A, which firearm had theretofore been transported

INDICTMENT – 1

in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(2), as set forth in this Indictment, Defendant, ISRAEL MENDOZA SALAS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this 13th day of July, 2021.

A TRUE BILL

Joseph H. Harrington
Acting United States Attorney

_____
Thomas J. Hanlon
Supervisory Assistant United States Attorney

_____
Richard C. Burson
Assistant United States Attorney

INDICTMENT – 2