# CHARGES AND PENALTIES

**CASE NAME:** Israel Mendoza Salas    **CASE NO.** 1:21-CR-2019-SAB-1

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2021

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(5), 924(a)(2) | Alien in Possession of Firearm | Up to 10 years imprisonment; up to $250,000 fine; up to 3 years supervised release; and a $100 special penalty assessment |
| | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) | Forfeiture Allegations | |